IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELO OCASIO, JR., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CITY OF PHILADELPHIA, et al., : <br> : <br> Defendants. : | Civil Action <br> No. 24-cv-4798 |

### STIPULATION FOR AN EXTENSION OF THE DEADLINE BY WHICH DEFENDANTS THE CITY OF PHILADELPHIA AND BLANCHE CARNEY MUST RESPOND TO THE COMPLAINT

IT IS HEREBY stipulated and agreed by Plaintiff and the City of Philadelphia that the deadline by which Defendants, City of Philadelphia and Blanche Carney, must answer, move, or otherwise respond to the Complaint is hereby extended to November 1, 2024.

| | |
|---|---|
| */s/ Henry George* <br> Henry George, Esq. <br> Pa. Attorney ID No. 322481 <br> 1315 Walnut Street, 12th Floor <br> Philadelphia, PA 19107 <br> (215) 636-0160 <br> hgeorge@paganolaw.net <br> <br> *Attorney for Plaintiff* | */s/ Jonah Santiago-Pagán* <br> Jonah Santiago-Pagán, Esquire <br> Deputy City Solicitor <br> Pa. Attorney ID No. 326442 <br> City of Philadelphia Law Department <br> 1515 Arch Street, 14th Floor <br> Philadelphia, PA 19102 <br> (215) 683-5428 <br> Jonah.santiago-pagan@phila.gov <br> <br> *Attorney for the City of Philadelphia and Blanche Carney* |

Dated: September 30, 2024                    BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CARMELO OCASIO, JR., | : : | |
| Plaintiff, | : : | |
| | : | **Civil Action** |
| v. | : : | **No. 24-cv-4798** |
| CITY OF PHILADELPHIA, et al., | : : | |
| Defendants. | : : : | |

# CERTIFICATE OF SERVICE

    I, Jonah Santiago-Pagán, Esquire, Counsel for the Defendants City of Philadelphia and Blanche Carney in the above-captioned matter, hereby certify that the foregoing Stipulation For An Extension Of The Deadline By Which Defendants The City Of Philadelphia And Blanche Carney Must Respond To The Complaint and this certificate of service were filed via the Court's ECF system and are available for viewing and downloading by all parties.

Date: <u>September 30, 2024</u>

Respectfully submitted,

*/s/ Jonah Santiago-Pagán*
**JONAH SANTIAGO-PAGAN, ESQUIRE**
Deputy City Solicitor
Pa. Attorney ID No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5428
jonah.santiago-pagan@phila.gov