IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMELO OCASIO, JR.,** | : | |
| *Plaintiff* | : | Case No. 24-cv-4798-JMY |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| *Defendants* | : | |

### ORDER

**AND NOW**, this 30th day of September 2024, upon consideration of the Joint Stipulation *for Extension of the Deadline By Which Defendants The City Of Philadelphia And Blanche Carney Must Respond To The Complaint* (ECF No. 5), Defendants are **GRANTED** a thirty-two (32) day Extension of Time to answer, move, or otherwise respond to the Complaint. Defendants shall now have until **November 1, 2024** to file such objections.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**