| | |
|---|---|
| CARMELO OCASIO, JR.<br>as ADMINISTRATOR<br>of the ESTATE OF CARMELO GABRIEL<br>OCASIO, DECEASED<br>        Plaintiff<br><br>V.<br><br>CITY OF PHILADELPHIA, ET AL<br>        Defendants | CIVIL ACTION<br><br>No. 24-4798 |

## ORDER

AND NOW, on this 3rd day of March, 2025, upon consideration of Plaintiff's Petition for Leave to Settle or Compromise a Wrongful Death and Survival Action, it is hereby ORDERED and DECREED that the Petitioner, Carmelo Ocasio, Jr., Administrator of the Estate of Carmel Gabriel Ocasio, is authorized to enter into the settlement with the defendants City of Philadelphia and Blanche Carney in the gross sum of Sixty-Five Thousand ($65,000.00) Dollars.

It is further ORDERED and DECREED that the proceeds of this settlement shall be allocated and distributed as follows:

1. The total gross settlement in the amount of $65,000.00 is approved as fair and reasonable.

2. A counsel fee of 1/3 (33 and 1/3%) of the gross is APPROVED.

3. One Hundred (100%) percent of the recovery shall be allocated toward the wrongful death claim and zero (0%) percent shall be allocated toward the survival claim.

4. The specific distribution of the $65,000.00 settlement shall be made as follows:

    a. To: Law Office of Gregory J. Pagano, P.C.
        Reimbursement of Costs                              $      888.30

    b. To: Law Office of Gregory J. Pagano, P.C.
        Counsel Fee equal to 33 and 1/3% of the settlement $      21,666.67

      c. To: Amaris Milagro Ocasio-Melendez, A Minor – Wrongful Death Benefits
                                        $    42,445.03

5. Petitioner's counsel is hereby authorized to execute all documentation necessary to open a savings account, from a federally insured bank or savings institutions having an office in Philadelphia County in the sum of $42,445.03 on behalf of Amaris Milagro Ocasio-Melendez.

The savings account shall be titled and restricted as follows:

AMARIS MILAGROS OCASIO-MENENDEZ, a minor, not to be withdrawn before the Minor Reaches the Age of 18, said date being February 18, 2040, or Upon Further Order of this Court.

BY THE COURT:

_____ J.